People v Mahalia G. (2023 NY Slip Op 03161)

People v Mahalia G.

2023 NY Slip Op 03161

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, OGDEN, AND GREENWOOD, JJ.

550 KA 22-00348

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
MAHALIA G., DEFENDANT-APPELLANT. 

SIDLEY AUSTIN LLP, NEW YORK CITY (JAMES R. HORNER OF COUNSEL), FOR DEFENDANT-APPELLANT.
JOHN J. FLYNN, DISTRICT ATTORNEY, BUFFALO (JERRY MARTI OF COUNSEL), FOR RESPONDENT.
CLEARY GOTTLIEB STEEN & HAMILTON LLP, NEW YORK CITY (MARK E. MCDONALD OF COUNSEL), FOR SANCTUARY FOR FAMILIES, HER JUSTICE, NEW YORK STATE COALITION AGAINST DOMESTIC VIOLENCE, URBAN RESOURCE INSTITUTE, LEGAL MOMENTUM, NEW YORK LEGAL ASSISTANCE GROUP, SAFE HORIZON, INC., AND THE LAWYERS COMMITTEE AGAINST DOMESTIC VIOLENCE, AMICI CURIAE. 

 Appeal from an order of the Erie County Court (Suzanne Maxwell Barnes, J.), dated November 17, 2021. The order denied the motion of defendant for resentencing pursuant to CPL 440.47. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court